<u>**ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 20, 2024**</u>

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CENTRAL HUDSON GAS & ELECTRIC CORP., ET AL., <br> *Petitioners,* <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, <br> *Respondent.* | Case Nos. 21-1256 & 21-1257 <br> (Consolidated) |

**UNOPPOSED MOTION TO CEDE INTERVENOR
FOR PETITIONERS' ARGUMENT TIME TO PETITIONERS**

Pursuant to Federal Rule of Appellate Procedure 27(b) and D.C. Circuit Rules 27 and Rule 34, Intervenors for Petitioners in these consolidated cases, PPL Electric Utilities Corporation, Exelon Corporation, American Electric Power Service Corporation, and Virginia Electric and Power Company d/b/a Dominion Energy Virginia (collectively "Indicated PJM Transmission Owners"), with the consent of Petitioners, herby move to cede to Petitioners four of the six minutes of oral argument time allotted to the Indicated PJM Transmission Owners in the Court's September 5, 2024 Order. The Indicated PJM Transmission Owners have informed Respondent, FERC, and Intervenors for Respondent. FERC indicated no objection to the request and no Intervenors for Respondent voiced opposition to this request.

1

The Court's September 5, 2024 Order allocated argument time in these consolidated cases as follows: Petitioners - 10 Minutes, Petitioner-Intervenors - 6 Minutes, Respondent - 10 Minutes, NY State Public Service Commission - 3 Minutes, Respondent-Intervenors - 3 Minutes. The Indicated PJM Transmission Owners are public utilities and transmission owners whose rates for transmission service are subject to the Federal Power Act. Like the Petitioners, the Indicated PJM Transmission Owners build, own, and operate network upgrades necessary to interconnect new generation facilities to the transmission system. The Indicated PJM Transmission Owners believe that their position can be adequately presented at oral argument by allocating two minutes of oral argument time to the Indicated PJM Transmission Owners and four additional minutes to Petitioners.

Accordingly, the Indicated PJM Transmission Owners respectfully request that the Court allow them to cede four of their six minutes of oral argument time in the consolidated cases to Petitioners.

|  | Respectfully submitted, |
|---|---|
|  | */s/ William M. Keyser* |
| Steven M. Nadel | William M. Keyser |
| Senior Counsel | Karen Bruni |
| PPL Services Corporation | Steptoe LLP |
| Two North Ninth Street | 1330 Connecticut Avenue NW |
| Allentown, PA 18101-1179 | Washington, DC 20036 |
| Phone: (610) 774-4775 | Phone: (202) 429-8186 |
| Email: smnadel@pplweb.com | Email: wkeyser@steptoe.com |
| *Counsel for PPL Electric Utilities Corporation* | *Counsel for PPL Electric Utilities Corporation on behalf of Intervenors* |

| | |
|---|---|
| Gary E. Guy<br>Assistant General Counsel<br>Exelon Corporation<br>701 Ninth Street NW, Suite 9426<br>Washington, DC 20068<br>Phone: (301) 956-6754<br>Email: gary.guy@exeloncorp.com<br><br>*Counsel for Exelon Corporation* | Jessica A. Cano<br>American Electric Power<br>Service Corporation<br>1 Riverside Plaza<br>Columbus OH 43215<br>Phone: (614) 716-2921<br>Email: jacano@aep.com<br><br>*Counsel to American Electric Power Service Corporation* |

Cheri Yochelson
Dominion Energy Services, Inc.
120 Tredegar Street, RS-5
Richmond, VA 23219
Phone: (804) 819-2691
Email: cheri.yochelson@dominionenergy.com

*Counsel for Virginia Electric and Power Company d/b/a Dominion Energy Virginia*

September 10, 2024

## CERTIFICATE OF COMPLIANCE

In accordance with Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, I certify that this brief has been prepared in a proportionally spaced typeface (using Microsoft Word, in 14-point Times New Roman) and contains 265 words.

<u>*/s/ William M. Keyser*</u>
William M. Keyser
Karen Bruni
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-8186
wkeyser@steptoe.com

*On behalf of Petitioner - Intervenors*

## CERTIFICATE OF SERVICE

In accordance with Rule 25(d) of the Federal Rules of Appellate Procedure and the Court's Administrative Order Regarding Electronic Case Filing, I hereby certify that I have, this 10th day of September, 2024 served the foregoing upon the counsel listed in the Service Preference Report via email through the Court's CM/ECF system or by U.S. Mail.

<u>/s/ William M. Keyser</u>
William M. Keyser
Karen Bruni
Steptoe LLP
1330 Connecticut Avenue NW
Washington, DC 20036
(202) 429-8186
wkeyser@steptoe.com

*On behalf of Petitioner - Intervenors*