# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-1256**                                                     September Term, 2024

FERC-EL21-66-000
FERC-ER21-1647-001

**Filed On: September 20, 2024** [2075912]

Central Hudson Gas & Electric Corporation, et al.,

      Petitioners

  v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Alliance for Clean Energy - New York, et al.,
      Intervenors

------------------------------

Consolidated with 21-1257

**BEFORE:**  Circuit Judges Katsas, Walker, and Garcia

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, September 20, 2024 at 9:31 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

Jason B. Tompkins, counsel for Petitioners.

William M. Keyser, counsel for Intervenor for Petitioners.

Jason T. Perkins (FERC), counsel for Respondent.

Scott H. Strauss, counsel for New York State Public Service Commission.

Gabriel Tabak, counsel for Respondent-Intervenors.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                          BY:    /s/
                                      Anne A. Rothenberger
                                      Deputy Clerk